STATE v. HAMRICK

No. 34 PC.

Case below: 30 N.C. App. 143.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.

STATE v. HILL

No. 24 PC.

Case below: 30 N.C. App. 405.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.

STATE v. LOCKLEAR

No. 19 PC.

Case below: 29 N.C. App. 186.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 October 1976 without prejudice to petitioner's right to petition for new trial in Superior Court.

STATE v. PEVIA

No. 245 PC.

Case below: 30 N.C. App. 79.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 October 1976.

STATE v. RAINES

No. 29 PC.

Case below: 30 N.C. App. 176.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.